Marcelino Perez VELASQUEZ, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 18986.

United States Court of Appeals
Fifth Circuit.

Jan. 2, 1962.

Marcelino Perez Velasquez, in pro. per.

Ralph Wade Adkins, Asst. U. S. Atty., El Paso, Tex., for appellee.

Before BROWN, WISDOM, and BELL, Circuit Judges.

PER CURIAM.

We have carefully examined the record and have considered the arguments raised by the appellant. We can find no substantial prejudicial error in the proceeding. Consequently the judgment below will be

Affirmed.

---

Theodore F. APPLEBY and Marie W. Appleby, Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 13690.

United States Court of Appeals
Third Circuit.

Argued Dec. 22, 1961.

Decided Jan. 10, 1962.

Robert V. Carton, Asbury Park, N. J. (Durand, Ivins & Carton, Asbury Park, N. J., on the brief), for petitioners.

Douglas A. Kahn, Washington, D. C. (Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, A. F. Prescott, Attorneys, Department of Justice, Washington, D. C., on the brief), for respondent.

Before McLAUGHLIN, KALODNER and HASTIE, Circuit Judges.

PER CURIAM.

The decisive fact issue here is whether petitioners have met the "active business" requirement of Section 355 of the Internal Revenue Code of 1954, 26 U.S.C.A. § 355 so as to have the distribution of the stock of the wholly owned subsidiary qualify as a non-taxable distribution. While the Tax Court decision could have gone the other way there is ample evidence in the record to support it; certainly we cannot say that it is clearly wrong.

The decision of the Tax Court, 35 T.C. 755, will be affirmed.

---

Perry Edward SMITH

v.

Tracy A. HAND, Warden, et al.

No. 6847.

United States Court of Appeals
Tenth Circuit.

Nov. 16, 1961.

Paul A. Morris, Denver, Colo., for appellant.

William M. Ferguson, Atty. Gen., and J. Richard Foth, Asst. Atty. Gen., State of Kansas, for appellee.

Before MURRAH, Chief Judge, and PICKETT and HILL, Circuit Judges.

Affirmed without written opinion for the reasons stated in the trial court's opinion. D.C., 199 F.Supp. 333.